No. —. EX PARTE DAISY D. WILSON. December 4, 1944. Application denied.

No. 637. CAROLINA SCENIC COACH LINES *v.* UNITED STATES ET AL. December 11, 1944. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. (1) *North*

*Coast Transportation Co.* v. *United States, ante,* p. 668; (2) *Chesapeake & Ohio R. Co.* v. *United States,* 283 U. S. 35, 41–43; *United States* v. *Baltimore & Ohio R. Co.,* 293 U. S. 454, 464–5; *United States* v. *Pan American Petroleum Corp.,* 304 U. S. 156, 158; *Interstate Commerce Commission* v. *City of Jersey City,* 322 U. S. 503, 512–13; (3) *McLean Trucking Co.* v. *United States,* 321 U. S. 67, 86. *Mr. Wilmer A. Hill* for appellant. *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* for the United States et al., and *Messrs. William A. Roberts* and *James E. Wilson* for the Smoky Mountain Stages, respondents.